| | | | | |
|---|---|---|---|---|
| State v. Martinez-Herrera .......... | 106,624 | Denied ......... | 08/29/13 | Unpublished |
| State v. May ........................... | 104,606 | Denied ......... | 04/08/13 | Unpublished |
| State v. May ........................... | 107,729 | Denied ......... | 08/30/13 | Unpublished |
| State v. Mayes ........................ | 107,409 | Denied ......... | 08/29/13 | Unpublished |
| State v. McCall ....................... | 107,112 | Denied ......... | 08/30/13 | Unpublished |
| State v. McCammon ................. | 105,765 | Denied ......... | 05/20/13 | Unpublished |
| State v. McCormick .................. | 107,310 | Denied ......... | 08/29/13 | Unpublished |
| State v. McCoy ....................... | 106,097 | Denied ......... | 07/19/13 | Unpublished |
| State v. McCroy ....................... | 107,247 | Denied ......... | 08/19/13 | Unpublished |
| State v. McDaniel .................... | 107,087 | Denied ......... | 08/19/13 | Unpublished |
| State v. McKeighan .................. | 106,462 | Denied ......... | 08/19/13 | Unpublished |
| State v. McKenney ................... | 108,673 | Denied ......... | 08/29/13 | Unpublished |
| State v. McKinney ................... | 108,009 | Denied ......... | 08/30/13 | Unpublished |
| State v. McTigue ..................... | 107,932 | Denied ......... | 08/30/13 | Unpublished |
| State v. McWilliams ................. | 105,292 | Denied ......... | 06/14/13 | Unpublished |
| State v. Measles ...................... | 105,908 | Denied ......... | 07/19/13 | Unpublished |
| State v. Meili ......................... | 107,041 | Denied ......... | 08/19/13 | Unpublished |
| State v. Michels ...................... | 107,352 | | | |
| | 107,353 | Denied ......... | 08/19/13 | Unpublished |
| State v. Miller ........................ | 107,286 | Denied ......... | 08/23/13 | Unpublished |
| State v. Mitchell ...................... | 107,626 | Denied ......... | 08/30/13 | Unpublished |
| State v. Mondonedo ................. | 105,646 | Denied ......... | 04/08/13 | Unpublished |
| State v. Monroe ...................... | 104,822 | Denied ......... | 07/31/13 | Unpublished |
| State v. Moody ....................... | 106,864 | Denied ......... | 07/19/13 | Unpublished |
| State v. Moore ........................ | 106,209 | Denied ......... | 08/30/13 | Unpublished |
| State v. Morales ...................... | 107,782 | | | |
| | 108,046 | Denied ......... | 08/30/13 | Unpublished |
| State v. Morris ........................ | 106,734 | Denied ......... | 08/19/13 | Unpublished |
| State v. Moss ......................... | 107,580 | Denied ......... | 08/30/13 | Unpublished |
| State v. Muldrow ..................... | 107,291 | Denied ......... | 08/30/13 | Unpublished |
| State v. Munoz ....................... | 108,196 | Denied ......... | 08/29/13 | Unpublished |
| State v. Murdoch ..................... | 107,815 | | | |
| | 107,816 | Denied ......... | 08/19/13 | Unpublished |
| State v. Murillo ....................... | 108,421 | Denied ......... | 08/19/13 | Unpublished |
| State v. Myers ........................ | 108,137 | Denied ......... | 08/19/13 | Unpublished |
| State v. Natale ........................ | 106,426 | Denied ......... | 08/19/13 | Unpublished |
| State v. Neighbors ................... | 105,588 | Granted ......... | 04/19/13 | Unpublished |
| State v. Nelson ....................... | 104,070 | Denied ......... | 05/20/13 | Unpublished |
| State v. Nelson ....................... | 106,279 | Denied ......... | 08/29/13 | Unpublished |
| State v. Newson ...................... | 106,472 | Denied ......... | 08/19/13 | Unpublished |
| State v. Nguyen ...................... | 106,320 | Denied ......... | 09/04/13 | Unpublished |
| State v. Nichols ....................... | 106,974 | Denied ......... | 08/19/13 | Unpublished |
| State v. Nixon ........................ | 106,370 | Denied ......... | 08/19/13 | Unpublished |
| State v. O'Connor .................... | 105,319 | | | |
| | 105,320 | Granted ......... | 05/20/13 | Unpublished |
| State v. Ojeda ........................ | 105,438 | Denied ......... | 08/19/13 | Unpublished |
| State v. O'Neill ....................... | 107,254 | Denied ......... | 09/04/13 | Unpublished |